# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH BOYMAN**, | Case No. CV 19-10333-DMG (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **DISNEY ENTERPRISES, INC. et al.**, | |
| Defendants. | |

The Court having granted Defendant Disney Enterprises, Inc.'s motion to dismiss by order dated December 30, 2019 [Doc. # 16],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Kenneth Boyman.

DATED: December 30, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE